# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No.: | 23-42618-MAR | | Trustee Name: | Karen E. Evangelista |
| Case Name: | POTTORFF, RAYMOND CARL AND TOTH-POTTORFF, MARY E | | Date Filed (f) or Converted (c): | 04/21/2023 (c) |
| For the Period Ending: | 8/15/2023 | | §341(a) Meeting Date: | 05/24/2023 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  26960 Reaume St. Woodhaven MI, Wayne 48183-0000 | $211,200.00 | $0.00 | | $0.00 | FA |
| 2  2017 Dodge Ram Mileage: 128,000 Other Information: Location: 26960 Reaume St., Woodhaven MI 48183 Market value based on nada.com | $14,350.00 | $0.00 | | $0.00 | FA |
| 3  2019 Dodge Journey Mileage: 39,000 Other Information: Location: 26960 Reaume St., Woodhaven MI 48183 Market value based on nada.com | $18,225.00 | $0.00 | | $0.00 | FA |
| 4  Make: Lexus Model: ES300 Year: 1999 Mileage: 100,000+ Other Information: Location: 26960 Reaume St., Woodhaven MI 48183 Market value based on nada.com | $3,525.00 | $0.00 | | $0.00 | FA |
| 5  Various household goods and furnishings Location: 26960 Reaume St., Woodhaven MI 48183 Location: Storage Unit | $1,000.00 | $0.00 | | $0.00 | FA |
| 6  Various household electronics Location: 26960 Reaume St., Woodhaven MI 48183 | $500.00 | $0.00 | | $0.00 | FA |
| 7  Golf Clubs Location: 26960 Reaume St., Woodhaven MI 48183 | $50.00 | $0.00 | | $0.00 | FA |
| 8  Various articles of used clothing Location: 26960 Reaume St., Woodhaven MI 48183 | $600.00 | $0.00 | | $0.00 | FA |
| 9  Various rings, earrings, necklaces, bracelets, watches and other miscellaneous jewelry Location: 26960 Reaume St., Woodhaven MI 48183 | $1,500.00 | $0.00 | | $0.00 | FA |
| 10  Pet Dog Location: 26960 Reaume St., Woodhaven MI 48183 | $0.00 | $0.00 | | $0.00 | FA |
| 11  Cash on Hand Location: 26960 Reaume St., Woodhaven MI 48183 | $100.00 | $0.00 | | $0.00 | FA |
| 12  Checking Zeal Credit Union | $757.00 | $0.00 | | $0.00 | FA |
| 13  Savings Zeal Credit Union | $5.00 | $0.00 | | $0.00 | FA |
| 14  Prepaid Debit Account US Bank | $25.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| Case No.: | 23-42618-MAR | Trustee Name: Karen E. Evangelista |
| Case Name: | POTTORFF, RAYMOND CARL AND TOTH-POTTORFF, MARY E | Date Filed (f) or Converted (c): 04/21/2023 (c) |
| For the Period Ending: | 8/15/2023 | §341(a) Meeting Date: 05/24/2023 |
| | | Claims Bar Date: |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 15 | Mobile Payment Account Venmo | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Mobile Payment Account PayPal | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Checking Chime | $200.00 | $0.00 | | $0.00 | FA |
| 18 | Checking Chime | $5.00 | $0.00 | | $0.00 | FA |
| 19 | Security Deposit DTE | $500.00 | $0.00 | | $0.00 | FA |
| 20 | Anticipated 2023 Income Tax Refund (u) Market Value based on prorated 2022 Income Tax Refund | $1,249.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset added per amended schedules filed on 7/14/2023, docket #51. | | | | | |
| 21 | Anticipated 2022 Income Tax Refund (u) Market Value based on 2022 Income Tax Refund | $4,996.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset added per amended schedules filed on 7/14/2023, docket #51. | | | | | |
| 22 | Anticipated 2021 Income Tax Refund (u) Market Value based on 2021 Income Tax Refund | $2,432.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset added per amended schedules filed on 7/14/2023, docket #51. | | | | | |
| 23 | Chapter 5 Cause of Action (u) | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**                                                       **Gross Value of Remaining Assets**
                            $261,219.00              $0.00                                                            $0.00         $0.00

**Major Activities affecting case closing:**
07/27/2023    Trustee with assistance of counsel is investigating a Chapter 5 Vause of Action.

**Initial Projected Date Of Final Report (TFR):**    03/23/2025                    /s/ KAREN E. EVANGELISTA
**Current Projected Date Of Final Report (TFR):**                                  KAREN E. EVANGELISTA